**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-2361**

———————

MICHAEL CRAIG CLARK,

                                        Plaintiff - Appellant,

        versus

STEPHANIE   C.   GRAHAM;   RICHARD   BOLLARD;
PERQUIMANS COUNTY; STATE OF NORTH CAROLINA;
UNITED STATES OF AMERICA,

                                        Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Elizabeth City.  Terrence W. Boyle,
Chief District Judge.  (CA-04-1-2-BO)

———————

Submitted:  March 30, 2005          Decided:  April 15, 2005

———————

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Michael Craig Clark, Appellant Pro Se.  Charles Everett Thompson,
II, Elizabeth City, North Carolina; Mark Allen Davis, WOMBLE,
CARLYLE, SANDRIDGE & RICE, Raleigh, North Carolina; David Roy
Blackwell, Assistant Attorney General, Raleigh, North Carolina,
Rudolph A. Renfer, Jr., Assistant United States Attorney, Raleigh,
North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael Craig Clark appeals the district court's order denying relief on his civil complaint filed pursuant to 42 U.S.C. §§ 1983, 1985 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>Clark v. Graham</u>, No. CA-04-1-2-BO (E.D.N.C. Sept. 27, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>